IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RON L. CALDWELL<br>KAREN B. CALDWELL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　　No. 1:06cv01364(EGS)<br>)<br>)<br>)<br>)<br>)<br>) |

## ENTRY OF APPEARANCE

　　Please enter the appearance of Pat S. Genis in substitution for Jennifer L. Vozne in the above-referenced case.

　　DATE: January 17, 2007.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Pat S. Genis
　　　　　　　　　　　　　　　　　　PAT S. GENIS, #446244
　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Post Office Box 227
　　　　　　　　　　　　　　　　　　Washington, DC  20044
　　　　　　　　　　　　　　　　　　Phone/Fax:  (202) 307-6390/514-6866
　　　　　　　　　　　　　　　　　　Email: Pat.S.Genis@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2161469.1

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiffs *pro se* on January 17, 2007, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

RONALD CALDWELL
*Plaintiff Pro Se*
3882 Chincilla Avenue
Las Vegas, NV 89121

KAREN CALDWELL
*Plaintiff Pro Se*
3882 Chincilla Avenue
Las Vegas, NV 89121

/s/ Pat S. Genis
PAT S. GENIS, #446244