AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Columbia _____

Ronald L. Caldwell, and
Karen B. Caldwell, Husband and Wife

**SUMMONS IN A CIVIL ACTION**

V.

United States Government

CASE NUMBER  1:06CV01364

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 08/�/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~ATTORNEY~~ (name and address)

Ronald L. Caldwell
Karen B. Caldwell
3882 Chinchilla
Las Vegas 89121

an answer to the complaint which is served on you with this summons, within  60  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON    AUG - 1 2006

CLERK                                                       DATE

_/s/ Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-15-07 |
| NAME OF SERVER *(PRINT)* Ronald Caldwell | TITLE Pro Se |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-15-07
             Date

*Signature of Server*  Ron Caldwell

*Address of Server*  3882 Chinchilla Ave
                      Las Vegas, NV 89121

RECEIVED
FEB - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____

Ronald L. Caldwell and Karen Caldwell,
Husband and Wife

**SUMMONS IN A CIVIL ACTION**

V.

United States Government

CASE

CASE NUMBER 1:06CV01364

JUDGE: Emmet G. Sullivan

DECK TYPE: Pro se General Civil

DATE STAMP: 08/__/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S PRO SE ~~~~ (name and address)

Ronald L. Caldwell
Karen B. Caldwell
3882 Chinchilla
Las Vegas 89121

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

~~NANCY M. MAYER-WHITTINGTON~~        AUG - 1 2006

CLERK                                  DATE

_(By) DEPUTY CLERK_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 1-15-07 |
| NAME OF SERVER (PRINT) Ronald Caldwell | TITLE Pro Se |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-15-07           Ron Caldwell
             Date              Signature of Server

3882 Chinchilla Ave
Address of Server
Las Vegas, NV 89121



NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
FEB - 2 2007
RECEIVED

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20001   OFFICIAL USE

| | | |
|---|---|---|
| Postage | $8.10 | |
| Certified Fee | $2.40 | 0009 06 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $12.35 | 07/19/2006 |

7006 0100 0000 1038 2647

Sent To: Clerk of the District Court
Street, Apt. No., or PO Box No.: 333 Constitution Ave NW
City, State, ZIP+4: Washington DC 20001

PS Form 3800, June 2002    See Reverse for Instructions

---

```
                EAST LAS VEGAS BR
                LAS VEGAS, Nevada
                     891219998
                  3148830009-0095
07/19/2006         (800)275-8777        03:46:34 PM

                    Sales Receipt
Product            Sale     Unit           Final
Description        Qty      Price          Price

39c #10              1      $0.47          $0.47
Franklin Env
WASHINGTON DC 20001
Priority - Flat Rate Box                   $8.10
 5 lb.  4.10 oz.
    Return Rcpt (Green Card)               $1.85
    Certified                              $2.40
      Label #:       70060100000103832647
                                        ========
             Issue PVI:                   $12.35

Total:                                    $12.82

Paid by:
Cash                                      $20.00
Change Due:                               -$7.18

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#:  1000500004212
Clerk:  06

— All sales final on stamps and postage. —
     Refunds for guaranteed services only.
        Thank you for your business.
                Customer Copy
```