IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD & KAREN CALDWELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-1364-EGS |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of the United States' Motion To Dismiss Complaint, and

The Court finding that good cause exists for the filing of said motion, it is hereby

ORDERED that the United States' Motion To Dismiss Complaint be and hereby is GRANTED; and it is further

ORDERED that the Complaint be and hereby is DISMISSED WITH PREJUDICE; and it is hereby

ORDERED that the clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6390
Facsimile: (202) 514-6966
Email: Pat.Genis@usdoj.gov

Ronald Caldwell
Karen Caldwell
*Plaintiffs pro se*
3882 Chincilla Avenue
Las Vegas, NV 89121