IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD & KAREN CALDWELL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  No: 1:06-cv-1364-EGS |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the United States' MOTION TO DISMISS COMPLAINT, MEMORANDUM IN SUPPORT, and proposed ORDER were served upon plaintiffs *pro se* on April 19, 2007 by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

> Ronald Caldwell
> Karen Caldwell
> *Plaintiffs pro se*
> 3882 Chincilla Avenue
> Las Vegas, NV 89121

　　　　　　　　　　　　　　　　　　/s/ Pat S. Genis
　　　　　　　　　　　　　　　　　　PAT S. GENIS, #446244

2414469.1