**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RONALD & KAREN CALDWELL ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civil Action No. 06-1364 (EGS) |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on defendant's motion to dismiss the complaint. Plaintiffs are proceeding *pro se*.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. In addition, the Court's local rules state that "[w]ithin 11 days of the date of service or at such other time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion [or] the court may treat the motion as conceded." Local Civil Rule 7(b). Accordingly, it is

**ORDERED** that plaintiffs shall respond to defendant's motion to dismiss no later than **JUNE 8, 2007**. If plaintiffs do not respond

within the time provided, the Court will treat the motion as conceded and dismiss the case.

**Signed:    EMMET G. SULLIVAN**
**            UNITED STATES DISTRICT JUDGE**
**            May 8, 2007**