**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                              |   |                               |
|------------------------------|---|-------------------------------|
| RONALD & KAREN CALDWELL      | ) |                               |
|             Plaintiffs,      | ) |                               |
|         v.                   | ) | Civil Action No. 06-1364 (EGS) |
| UNITED STATES                | ) |                               |
|             Defendant.       | ) |                               |

**ORDER**

Pending before the Court is the United States' Motion to Dismiss Complaint. By Order of this Court dated May 8, 2007, plaintiffs were directed to respond to the defendant's motion by no later than June 8, 2007. Consistent with *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), plaintiffs were advised that, in the event plaintiffs fail to respond to the motion, the Court would treat the motion as conceded and dismiss plaintiff's case. To date, plaintiffs have not filed a response to the Court's order or to the defendant's motion to dismiss. Accordingly, it is hereby

**ORDERED** that defendant's Motion to Dismiss Complaint is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiffs' case is **DISMISSED WITHOUT PREJUDICE**. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**June 15, 2007**